# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129527

LLOYD HACK, II,
          Plaintiff-Appellee,

v

TUSCOLA COUNTY MENTAL HEALTH,
          Defendant-Appellant,
and

LINE TECHS, INC., and LIBERTY MUTUAL
INSURANCE COMPANY,
          Defendants-Appellees.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129527
COA: 261800
WCAC: 03-000490

On order of the Court, the application for leave to appeal the August 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

t0123